# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN TENG,<br><br>　　　　Defendant.<br>_____ | Case No.: CV 17-2254 DSF (AFMx)<br><br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having successfully sought entry of default against defendant or otherwise prosecuted the case,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 10/6/17

　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge